■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL KITT, Appellant. [41 NYS3d 886]—

Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered September 16, 2014, as amended November 5, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to a term of eight years, unanimously affirmed.

We find that the court properly denied defendant's motion challenging a search warrant. We have reviewed the unre-

dacted search warrant affidavit, and we conclude that it clearly established probable cause (*see People v Salas*, 29 AD3d 451 [1st Dept 2006], *lv denied* 7 NY3d 794 [2006]).

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Friedman, Saxe, Feinman and Kahn, JJ.